

SO ORDERED,

*Selene D. Maddox*

Judge Selene D. Maddox

United States Bankruptcy Judge

The Order of the Court is set forth below. The case docket reflects the date entered.

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI

IN THE MATTER OF:                           CHAPTER 13 NO:
VIVECA DOSS                                                 21-10610-SDM

## AGREED ORDER

THIS CAUSE came on for consideration on the Oral Motion of the Trustee to add the postpetition fees, expense and charges in connection with U.S. Bank's Notice of Postpetition Mortgage Fees, Expenses and Charges [DK#75].

THAT, the Debtor has no objection to the Notice, and no other party would be prejudiced to adding these fees.

THAT, U.S. Bank incurred attorney's fees for Bankruptcy/Proof of Claim on May 4, 2023, in the amount of $350.00 which is well-taken.

THAT, the Trustee would show that the plan should be modified wherein the aforesaid fees are added to the plan as a separate claim over the balance of the plan period, with the wage order increased accordingly, if necessary.

###END OF ORDER###

APPROVED:

/s/Jeffery K. Tyree
/s/ JEFFREY K. TYREE, MSB#9049
ATTORNEY FOR TODD S. JOHNS,
CHAPTER 13 TRUSTEE
PO BOX 1326
BRANDON MS 39043
601-825-7663; attorney.tyree@vardaman13.com

*John F. Hughes w/ permission* 9/19/23
John F. Hughes
5627 Getwell Road, Bldg B, Suite 5
Southaven, MS 38672
jhughes@hugheslawgroup.net; 662-298-3607; MSB#100711